# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| -Margolis, Joan G. | District of Connecticut | 05/03/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (Full) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

141 Church Street, Room 303
New Haven, Connecticut 06510

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Philanthropic Funds |
| 2. | Member, Board of Directors | Local Synagogue |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| –Margolis, Joan G. | 05/03/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self-Employed Attorney, New Haven, Connecticut |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 05/03/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. J.P. Morgan Chase Bank, New Haven, CT, Bank Accts.&IRA, Bank | A | Interest | M | T | | | | | |
| 2. First Niagara Bank (New Alliance), New Haven, Bank Accounts | A | Interest | J | T | | | | | |
| 3. State of Israel, Bonds | A | Interest | J | T | | | | | |
| 4. Connecticut Light & Power Co., Preferred Stock | A | Dividend | J | T | | | | | |
| 5. United Illuminating Co., Common Stock | C | Dividend | L | T | | | | | |
| 6. International Business Machines, Stock | A | Dividend | K | T | | | | | |
| 7. Puerto Rico Zero Coupon Bonds | A | Interest | J | T | | | | | |
| 8. ▓▓▓▓ Street Assoc., Inc., Mortgage | D | Interest | | | Expired | 3/1/12 | M | F | PRE Props. New Haven, LLC |
| 9. J.P. Morgan Fund (formerly Chase Vista Trust) | B | Interest | K | T | | | | | |
| 10. Columbia Seligman Henderson Glob. Tech. Fund (fka Seligman) | A | Dividend | K | T | | | | | |
| 11. Microsoft Corp., Stock | B | Dividend | L | T | | | | | |
| 12. Fundamental Investors, Inc. | A | Dividend | K | T | | | | | |
| 13. Growth Fund of Ameriica, Inc. | A | Dividend | M | T | | | | | |
| 14. Capital World Growth & Income Fund | B | Dividend | L | T | | | | | |
| 15. Small Cap World Fund, Inc. | B | Dividend | L | T | | | | | |
| 16. New World Fund | A | Dividend | K | T | | | | | |
| 17. Euro Pacific Growth Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. New Economy Fund SBI | A | Dividend | K | T | | | | | |
| 19. American Mutual Funds, Inc. | A | Dividend | K | T | | | | | |
| 20. Columbia Seligman Comm. & Info. (fka Seligman Comm.), Stock | A | Dividend | K | T | Donated (part) | 12/27/12 | | | |
| 21. Kellogg Co., Stock | A | Dividend | J | T | | | | | |
| 22. Xcel Energy, Stock | A | Dividend | J | T | | | | | |
| 23. J.P. Morgan Chase Corp., Stock | A | Dividend | J | T | | | | | |
| 24. Cisco Systems Inc., Stock | A | Dividend | K | T | | | | | |
| 25. Pfizer, Inc., Stock | A | Dividend | J | T | | | | | |
| 26. Nippon Telegraph & Telephone Co., Stock | A | Dividend | J | T | | | | | |
| 27. Amgen, Inc., Stock | A | Dividend | J | T | | | | | |
| 28. Qualcomm, Inc., Stock | A | Dividend | J | T | | | | | |
| 29. Proctor & Gamble Co., Stock | A | Dividend | K | T | | | | | |
| 30. Home Depot, Stock | A | Dividend | K | T | | | | | |
| 31. Dell Computer Corp., Stock | A | Dividend | J | T | | | | | |
| 32. Wells Fargo Bank, NA (fka Centennial Money Market Fund) | A | Interest | L | T | | | | | |
| 33. General Electric, Stock | B | Dividend | K | T | | | | | |
| 34. AXA Equitable Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pub. Svc. Enter. Gr., Inc. (fka PSEG), Stock | B | Dividend | K | T | | | | | |
| 36. Conn. State Higher Ed. Supp. LN Authority | A | Interest | J | T | | | | | |
| 37. Johnson & Johnson, Inc., Stock | B | Dividend | K | T | | | | | |
| 38. First Niagara Financial Group, LLC (fka New Alliance), Stock | C | Dividend | L | T | | | | | |
| 39. Verizon Communications, Stock | A | Dividend | J | T | | | | | |
| 40. Dow Chemical Co., Stock | A | Dividend | J | T | | | | | |
| 41. Prime Money Market Fund (fka Tamarack Investment FDS Prime) | A | Interest | L | T | | | | | |
| 42. Bristol Myer Squibb Co., Stock | A | Dividend | J | T | | | | | |
| 43. Intel Corp., Stock | A | Dividend | J | T | | | | | |
| 44. Conn. St. GO CAB's Colleges SWD Plan, Bonds | B | Interest | K | T | | | | | |
| 45. Archer Daniels Midland Co., Stock | A | Dividend | J | T | | | | | |
| 46. Milestone Scientific, Inc., Stock | A | Dividend | K | T | | | | | |
| 47. Hamden, CT, Property (p'ship now LLC) | D | Rent | M | W | | | | | |
| 48. Merck & Co., Inc., Stock | A | Dividend | K | T | | | | | |
| 49. Conn ST SPL Tax Obligation R Spl, Bond | C | Interest | L | T | | | | | |
| 50. McDonald's, Stock | A | Dividend | K | T | | | | | |
| 51. Shanghai OLED New Haven, LLC, Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. J.M. Smucker & Co., Stock | A | Dividend | J | T | | | | | |
| 53. Bright Directions College Savings Program | A | Interest | M | T | Buy (add'l) | 3/20/12 | K | | |
| 54. Royal Dutch Shell, PLC | B | Dividend | K | T | | | | | |
| 55. Statoil ASA | A | Dividend | J | T | | | | | |
| 56. Thompson Reuter Corp. | A | Dividend | J | T | | | | | |
| 57. Vodafone Group PLC | A | Dividend | J | T | | | | | |
| 58. Illinois Tool Works Inc. | A | Dividend | J | T | | | | | |
| 59. Petroleo Brasiliero Spon ADR Petrobras | A | Dividend | | | Sold | 12/7/12 | J | A | |
| 60. Connecticut St. Sev C G/O | A | Dividend | K | T | | | | | |
| 61. Enduro Royalty Trust | B | Dividend | K | T | | | | | |
| 62. Enterprise Products Partners, LP | A | Dividend | J | T | | | | | |
| 63. Manning & Napier FDNCW Pro Blend Extended Term Serv. Class A | A | Dividend | K | T | | | | | |
| 64. Promissory Note | A | Distribution | K | T | | | | | |
| 65. Prudential Premier Retirement B Series Annuity | C | Interest | L | T | Buy | 2/7/12 | L | | |
| 66. CBOE Holdings, Inc. | A | Dividend | J | T | Buy | 3/21/12 | J | | |
| 67. Manulife Financial Corp.. | A | Dividend | J | T | Buy | 3/21/12 | J | | |
| 68. Novartis AG | A | Dividend | K | T | Buy | 3/21/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. SPDR Gold Trust | A | Distribution | J | T | Buy | 3/21/12 | J | | |
| 70. Connecticut St. For Issues Dated Prior to 10/19/10 | A | Interest | J | T | Buy | 3/21/12 | J | | |
| 71. Connecticut St SPL Tax Obligation Rev. RFDG Trans Infra Serv | A | Interest | K | T | Buy | 3/21/12 | K | | |
| 72. Connecticut st. Ser C G?O Unltd B/E OID | A | Interest | J | T | Buy | 3/21/12 | J | | |
| 73. Connecticut St. Ref Ser G/O Unltd B/E | A | Interest | K | T | Buy | 3/21/12 | J | | |
| 74. Consolidated Edison, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 05/03/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Upon the death of several elderly relatives, I became the Trustee of philanthropic funds established by my relatives with a local charity. My role with respect to these philanthropic funds is quite limited. As Trustee, my sole responsibility is to make recommendations for distributions to other charities, which recommendations can be followed or ignored by the charitable foundation which administers the funds. This charitable foundation manages millions of dollars of charitable funds (akin to a little version of the United Way), of which my relatives' philanthropic funds are just a small part. I have no knowledge of, or responsibility for, any assets held by this fund; all these decisions are vested solely in the discretion of the charitable foundation. I explained this in a letter to CFD, dated July 30, 2004.

With respect to the Consolidated Edison stock in line 74, in 2010, we sold this stock _____. In preparing my 2011 report, I did not include this asset, as I erroneously had thought this had been a total sale, not a partial sale. This asset now appears in my 2012 report.

Thank you.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan G. -Margolis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544